NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-2103
_____

IN RE:  MEL M. MARIN,
                                        Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 1-14-cv-00669)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 13, 2014

Before:  AMBRO, FISHER and GARTH, Circuit Judges

(Opinion filed: May 14, 2014)

_____

ORDER AMENDING OPINION
_____

        The opinion entered May 14, 2014 is hereby amended to include the submit date
of May 13, 2014.


For the Court,

s/Marcia M. Waldron
Clerk

Dated: May 27, 2014